UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| RYAN MOORE, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 18-2590 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 22, 43 |
| | : | | |
| CARLA HAYDEN, | : | UNDER SEAL | |
| Librarian of Congress, | : | | |
| United States Library of Congress, | : | | |
| Defendant. | : | | |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 22) is **DENIED**, Plaintiff's Motion for Leave to File Surreply (ECF No. 43) is **GRANTED**, and Plaintiff's Surreply (ECF No. 43-1) shall be **DEEMED FILED**.

**SO ORDERED**.

Dated: February 22, 2021                                            RUDOLPH CONTRERAS
                                                                    United States District Judge